# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
Plaintiff )
vs. )   CR. No.   09-320
HARDY LLOYD )
)
)
Defendant )

PRELIMINARY HEARING ON   SUPERVISED RELEASE VIOLATION

Before U. S. Magistrate Judge   ROBERT C. MITCHELL

~~JAMES KITCHEN~~ STOSE KAUFMAN, ESQUIRE           DAVID BERARDINELLI, ESQUIRE

Appear for Plaintiff                                     Appear for Defendant

Hearing Begun  9/26/2017 AT 9:30 A.M.       Hearing Adjourned to

Hearing concluded C.A.V. 9/26/2017 AT  12:05pm   Stenographer  BARBARA LEO
                                                   CD:           Index:

WITNESSES
For Plaintiff                                       For Defendant

GOVT WITNESS, PATRICK SUMANSKY, U.S. PROBATION OFFICER.
GOVT EXHIBITS 1-18 ADMITTED AND RETURNED TO GOVT AFTER HEARING.
DEFENDANT EXHIBIT #1 - FLYER FOR CAMP PURCHASED BY DEFENDANT. RETURNED TO DEFENSE COUNSEL AFTER HEARING.
DEFENSE EXHIBIT #2 - E-MAIL TO ANDY THOMAS P-1P17 RETURNED TO DEFENSE COUNSEL AFTER HEARING.
DEFENSE WITNESS - DR. LLOYD (DEFENDANT'S FATHER)

DEFENSE ARGUMENT.

GOVT ARGUMENT.

PROBABLE CAUSE FOUND THAT DEFENDANT VIOLATED HIS SUPERVISED RELEASE.