IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 09-320** |
| | ) | **Electronically Filed** |
| **HARDY CARROLL LLOYD** | | |

| Hearing Held: Supervised Release Violation<br>Date of Hearing: 12/12/17<br>Before Judge Arthur J. Schwab ||
|---|---|

| | |
|---|---|
| AUSA | Stephen Kaufman |
| Defense Counsel | David Berardinelli |
| Probation Officer | Patrick Sumansky |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | EET/LCK |
| Start time | 10:48 AM |
| End time | 11:35 AM |

DEFENDANT PRESENT

**NOTED:**

This hearing is held regarding Doc. No. [109], [112] and [121] Petition on Supervised Release. The defendant denies guilt to the allegations in the petition.

The Court revokes supervised Release. Defendant is to be incarcerated for a term of 13 months, to be followed by Supervised Release for 9 months. See Judgment Order for conditions of Supervised Release

**EXHIBITS:**

The Government offers Exhibit 19 – push knife, as well as Government Exhibits 1-18 which were admitted before Judge Mitchell.

Defendant offers 4 additional exhibits which were presented to the Court at Doc. No. 147:

D3 and D4 photos of sheath/case for gun

D5 – Library Card

D6 – Screen shot of Defendant's phone